An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ZEOLIA EALY,
Appellant,
vs.
FIRST TRANSIT, INC. D/B/A
PARANTRANSIT; AND MICHAEL
GERARD CONLEY,
Respondents.

No. 62136

FILED

FEB 04 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation seeking to dismiss this appeal. Having reviewed the stipulation, we grant it. The parties shall bear their own costs and fees, if any. NRAP 42(b). Accordingly, we ORDER this appeal DISMISSED.[1]

_____, C.J.
Pickering

cc:    Hon. Jerome T. Tao, District Judge
       Persi J. Mishel, Settlement Judge
       Richard Harris Law Firm
       Alverson Taylor Mortensen & Sanders
       Eighth District Court Clerk

_____

[1]Because we grant the stipulation, we deny as moot respondents' December 17, 2012, motion to dismiss.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-03582